IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON WILLIE BREWER,

    Plaintiff,

vs.                                    CASE NO. 5:10cv113/RS-GRJ

JOSE SANCHEZ, Factory Manager,
and JOHN HENREY, Warden,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on September 28, 2011.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**